UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

OSCEOLA TRACE DEVELOPMENT,                    Case No. 10-48790-PGH
CORPORATION,                                   Chapter 11

      Debtor.
_____/
IN RE:

OSCEOLA DEVELOPMENT PROJECT,                   Case No. 10-48806-EPK
LP,

      Debtor.
_____/

## MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

The Debtors, OSCEOLA TRACE DEVELOPMENT CORPORATION AND OSCEOLA DEVELOPMENT PROJECT, LP, (hereinafter collectively referred to as the "Debtors"), by and through undersigned counsel, hereby file this Motion for Joint Administration pursuant to 11 U.S.C. §302, Federal Rule of Bankruptcy Procedure 1015, and Local Rule 1015-1 and in support of this Motion state:

1. The above-referenced Debtors contemporaneously filed for relief under Chapter 11 of the Bankruptcy Code on December 23, 2010.

2. The Court has jurisdiction of this matter pursuant to the above-cited authorities and is authorized to consider this matter by Local Rule 9013-1(C)(14).

3. Section 302 and Federal Rule of Bankruptcy Procedure 1015 provide that a court may order the joint administration of estates of a debtor and its affiliate. Section 101(2) defines

an affiliate as a corporation or other entity in which 20% or more of the outstanding securities are directly or indirectly owned, controlled or held with power to vote, by the Debtor.

4. OSCEOLA TRACE DEVELOPMENT CORPORATION is owned by Robert L. Miller and has no assets other than its interest in OSCEOLA DEVELOPMENT PROJECT, LP, and is obligated as a co-debtor on the debts of OSCEOLA DEVELOPMENT PROJECT, LP.

5. OSCEOLA DEVELOPMENT PROJECT, LP, is owned by OSCEOLA TRACE DEVELOPMENT CORPORATION (45% as Limited Partner and 5% as General Partner) and Robert L. Miller (50% as Limited Partner).

6. It will promote both judicial economy and preserve the assets of both estates if these cases are jointly administered. The interests of the creditors will be best served through joint administration of these two cases by making more resources available for distribution.

7. The Debtors and undersigned counsel are not aware of any existing or potential conflict of interests that would result from the relief requested in this Motion.

WHEREFORE, Debtors, Osceola Trace Development Corporation and Osceola Development Project, LP, pray that the Court enter an order granting this Motion for Joint Administration, and for such other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. Mail and electronically where indicated, this 23rd day of December, 2010 to all parties on the attached matrix.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to

practice in this Court set forth in Local Rule 2090-1(A).

FURR AND COHEN, P.A.
Attorneys for Debtors
2255 Glades Road
One Boca Place, Suite 337W
Boca Raton, FL 33431
(561) 395-0500
(561)338-7532-fax


By s/*Alvin S. Goldstein*
   ALVIN S. GOLDSTEIN
   Florida Bar No. 993621
   EMAIL agoldstein@furrcohen.com

H:\LIBRARY\BANKRUPTCY\Osceola Trace LLC 10-508\PLD\Motion For Joint Administration.Doc