UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                               Case No.  10-48790-PGH
                                                     Chapter 11
OSCEOLA TRACE DEVELOPMENT
CORPORATION,

_____Debtor._____/

### CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Administrative Order 05-1, the Debtor-in-Possession, OSCEOLA TRACE DEVELOPMENT CORPORATION, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): December 23, 2010

2. Names, case numbers and dates of filing of related debtors:

   Osceola Development Project, LP, Case No. 10-48806-EPK, filed December 23, 2010.

3. Description of debtor's business: Real estate development.

4. Locations of debtor's operations and whether the business premises are leased or owned: None.
   Leased_____          Owned_____

5. Reasons for filing chapter 11: Inadequate amount of cash flow and value of property assets to cover contingent liabilities; foreclosure of mortgage; general economic conditions.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   *OFFICER/DIRECTOR:*        *MO. SALARY:*        *AMT SALARY/BENEFITS PAST YEAR:*

   Robert L. Miller, President – no salary or benefits.

1

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

   GROSS INCOME - YEAR TO DATE:        GROSS INCOME PRIOR YEAR
   None.                                None.

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   IRS:  None.

   SALES TAX:  None.

   PAYROLL TAX:  None.

   PROPERTY TAX:  None.

   OTHER TAXES:  None.

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

   CREDITOR:                    AMT CLAIM   COLLATERAL VALUE

   None.

   c. Amount of unsecured claims:    $86,831,892.97

9. General description and approximate value of the debtor's assets: 45% ownership in Osceola Development Project, LP, as a Limited Partner; 5% ownership in Osceola Development Project, LP, as a General Partner.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires.

(a) Max Specialty Insurance Company and American Guarantee & Liability, Policy No. MAX0249060000307 and AUC915736902, $25,000,000, premium is current, expiration date 1/1/2011.

11. Number of employees and amounts of wages owed as of petition date:
    No. Employees: _____0_____
    Prepetition Wages Owed:____$0_____

2

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

Are payroll taxes current? __N/A.__ If not, amount outstanding, time period outstanding: N/A.

13. Anticipated emergency relief to be requested within 14 days from the petition date: None.

OSCEOLA TRACE DEVELOPMENT CORPORATION

/s/Robert L. Miller
By: Robert L. Miller, President

## CERTIFICATE OF SERVICE

I certify that a true copy of this summary was served on all parties on the attached Matrix by U.S. Mail where indicated and by Notice of Electronic Filing to the parties entitled to receive same, this 28th day of December, 2010.

FURR AND COHEN, P.A.
Attorney for Chapter 11 Debtor
2255 Glades Road
One Boca Place, Suite 337W
Boca Raton, FL 33431
(561) 395-0500
(561)338-7532-fax

By /s/Robert C. Furr
ROBERT C. FURR
Florida Bar No. 210854
E-MAIL rfurr@furrcohen.com

Osceola Trace/Osceola Development
20 Largest and Appearances

DaszkalBolton LLP
4455 Military Tr #201
Jupiter, FL  33458

First National Bank of Pennsylvania
c/o Charles Bartlett, Esquire
2033 Main St #600
Sarasota, FL  34236

Iberia Bank
7111 Fairway Dr #201
Palm Beach Gardens, FL  33418

Osceola County Tax Collector
2501 E Irlo Bronson Mem. Hwy
Kissimmee, FL  34744

Shingle Creek Comm. Dev. Dist.
c/o Gerald L. Knight, Esq
Billing, Cochran, Lyles, et al
515 E Las Olas Blvd, 6 Fl
Ft. Lauderdale, FL  33301

South Florida Water Mgmt. Dist.
PO Box 24680
West Palm Beach, FL  33416-4680

TLCP, LLC
18753 SE Federal Hwy
Tequesta, FL  33469

Welbro Building Corp.
2301 Maitland Center Pkwy.
Suite 250
Maitland, FL  32751

Kirk Services, LLC
4650 W Osceola Pkwy
Kissimmee, FL  34746

Mellon United National Bank
c/o A.E. "Bud" Osborne, III
1645 Palm Beach Lakes Blvd.
West Palm Beach, FL  33401-2216

By ECF:
Office of the US Trustee